# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-05-00025-CV

**Gina Cole Wiegman, Appellant**

**v.**

**Michael Wiegman, Appellee**

## FROM THE DISTRICT COURT OF HAYS COUNTY, 22ND JUDICIAL DISTRICT
## NO. 02-0855, HONORABLE JACK H. ROBISON, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Gina Cole Wiegman has requested a ninety-day abatement in order to secure a signed, final judgment. We grant her request and abate the appeal for ninety days. The appeal will be reinstated upon the tender of a final judgment or July 11, 2005, whichever comes first.

W. Kenneth Law, Chief Justice

Before Chief Justice Law, Justices B. A. Smith and Puryear

Filed:   April 8, 2005